IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FRANKIE WEBB**                                                      **PLAINTIFF**
**#253666**

**V.**                                 **NO. 4:22-cv-001166-JM**

**HIGGINS,** *et al.*                                              **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order entered today, this case is DISMISSED, without prejudice.

IT IS SO ORDERED this 11th day of January, 2023.

                                                                                      
                                                 UNITED STATES DISTRICT JUDGE